UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF JEFFREY HARGROVE, as co-Owner,
and MIA HARGROVE, as co-Owner, of a
2021 30' Jeanneau Leader 9.0 Vessel,   Case No. 8:23-CV-00192-TPB-TGW
HIN-IRIXM179A222, its engines, tackle,
apparel, appurtenances, etc., for Exoneration
From or Limitation of Liability,

    Petitioners.
_____/

**NOTICE OF SETTLEMENT**

Jeffrey Hargrove and Mia Hargrove, Petitioners, by and through the undersigned counsel, and in accordance with Middle District Local Rule 3.09(a), hereby file this notice that all claims and disputes between Jeffrey Hargrove and Mia Hargrove, Petitioners, and Elizabeth Pepper, as presumptive personal representative of the Estate of Benjamin Wells (deceased), Respondent, have been amicably resolved. Petitioners and Respondent will file a joint stipulation for dismissal of this action in the very near future.

Dated: This 24th day of July, 2023.

    Respectfully submitted,

    */s/ David F. Pope*
    **David F. Pope, Esq.** – FBN 164452
    Service-dpope@bankerlopez.com
    BANKER LOPEZ GASSLER P.A.

501 East Kennedy Boulevard, Suite 1700
Tampa, FL  33602
Telephone:  (813) 221-1500
Facsimile:   (813) 222-3066
*Attorney for Jeffrey Hargrove and Mia Hargrove, Petitioners*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of July 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____
**David F. Pope, Esq.** – FBN 164452
Service-dpope@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
*Attorney for Jeffrey Hargrove and Mia Hargrove, Petitioners*

2